**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS MARC COHEN, individually; | CASE NO.: 2:25-cv-02411-ART-EJY |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| | **STIPULATION FOR** |
| LORELY HERNANDEZ JORDAN; GEICO ADVANTAGE INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES I through X, inclusive; ROE CORPORATION XI through XX, inclusive and ROE COMPANIES I-X, inclusive, | **DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, DOUGLAS MARC COHEN, by and through his counsel, Joshua P. Berrett, Esq. of Bighorn Law and Defendants, GEICO ADVANTAGE INSURANCE COMPANY and GOVERNMENT EMPLOYEES INSURANCE COMPANY, by and through their attorneys, Dominica C. Anderson, Esq. and Daniel B. Heidtke, Esq. of the law firm of Duane Morris LLP, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

/ / /

/ / /

Page 1 of 2

IT IS FURTHER STIPULATED that no jury fees were posted in the above-mentioned matter.

IT IS FURTHER STIPULATED that the no trial date has been scheduled in this matter.

DATED this 3rd day of April, 2026.

| **BIGHORN LAW** | **DUANE MORRIS LLP** |
|---|---|
| By:*/s/ Joshua P. Berrett*_____ | By:*/s/ Daniel B. Heidtke*_____ |
| **KIMBALL JONES, ESQ.** | **DOMINICA C. ANDERSON, ESQ.** |
| Nevada Bar No. 12982 | Nevada Bar No. 2988 |
| **JOSHUA P. BERRETT. ESQ**. | **DANIEL B. HEIDTKE. ESQ**. |
| Nevada Bar No. 12697 | Nevada Bar No. 12975 |
| 3675 W. Cheyenne Ave. Ste 100 | 100 North City Parkway, #1560 |
| North Las Vegas, NV 89032 | Las Vegas, NV 89106 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: April 6, 2026

_____

**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**